## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CHICAGO AND MIDWEST REGIONAL JOINT BOARD, WORKERS UNITED/SEIU, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 16 CV 08876 |
| AMERICAN IDEAL 1 CLEANERS, CO., d/b/a AMERICAN IDEAL CLEANING COMPANY, an Illinois Corporation, and ETHAN SIM, individually, | ) ) ) ) ) | Judge John Z. Lee |
| Defendants. | ) ) | |

**MOTION TO REINSTATE AND FOR ENTRY OF JUDGMENT**

Plaintiff CHICAGO & MIDWEST REGIONAL JOINT BOARD, WORKERS UNITED/SEIU ("Union"), by its attorneys, Dowd, Bloch, Bennett, Cervone, Auebach & Yokich, moves this Honorable Court to reinstate this case and enter judgment against Defendants AMERICAN IDEAL 1 CLEANERS, CO., d/b/a AMERICAN IDEAL CLEANING COMPANY, an Illinois Corporation ("American Ideal 1"), and ETHAN SIM ("Sim"), and in support states:

1. This action was brought under § 301 of the Labor Management Relations Act ("LMRDA") and the Illinois Wage Payment and Collections Act, 820 ILCS 115/1, *et seq.,* (the "Act") against the Defendants American Ideal 1 Cleaners, Co. and Ethan Sim for their failure to remit wage deductions to the Union.

2. On February 15, 2017, the Plaintiff and Defendants entered into a Settlement Agreement, whereby the Defendants agreed, in part, to pay a total of $7,717.03 over two monthly installments on March 1, 2017 and April 1, 2017, respectively, and to remain current in

their monthly obligations to remit dues and fees to the Union. (**Exhibit A, Settlement Agreement, ¶¶ 2-3).**

3. On March 14, 2017, an Agreed Order of Dismissal was entered dismissing the case with leave to reinstate pursuant to the Settlement Agreement. (**Exhibit B, Agreed Order of Dismissal).**

4. Under the Agreed Order, if the Defendants defaulted on either the monthly installment payments or the monthly dues obligations, the Plaintiff had the right to reinstate the case and enter judgment for the balance owed, plus all accrued interest and attorney's fees and costs incurred by the Union in its efforts to enforce the Agreed Order. (*Id.*, **¶ 3).**

5. The Defendants are in default of the Agreed Order and have violated the terms of the Settlement Agreement. First, the Defendants failed to make either of the monthly installment payments due on March 1 and April 1, 2017, respectively, in violation of Paragraph 1 of the Agreed Order. Therefore, the Defendants owe $7,717.03 for their breach of the Agreed Order.

6. Second, the Defendants have failed to remain current in their monthly dues remittance obligations since November 2016 and through the present, in violation of Paragraph 2 of the Agreed Order. (**Exhibit C, Declaration of Roger Williams, ¶ 5**).

7. Based on American Ideal 1's previous dues reports and remittances, the Union estimates that American Ideal 1 has withheld and failed to remit the total sum of $ 4,057.88 between November 2016 and May 2017. (*Id.*)

WHEREFORE, Plaintiff prays that its motion to reinstate and enter judgment be granted in the amount of **$ 11,774.91** against Defendants American Ideal 1 Cleaners, Co. and Ethan Sim, jointly and severally.

Respectfully submitted,

By: */s/ David P. Lichtman*
One of Plaintiff's Attorneys

Robert S. Cervone
David P. Lichtman
Dowd, Bloch, Bennett
 Cervone, Auerbach & Yokich
8 South Michigan Ave.
19th Floor
Chicago, IL 60603
(312) 372-1361